1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL ANTHONY HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-214 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| MICHAEL ANTHONY HERNANDEZ, JESUS RODRIGUEZ GARIBAY | Date: November 11, 2011 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: John A. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason S. Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the status conference now set for November 15, 2011, be vacated and the matter continued to January 10, 2012 at 9:30 a.m., to allow further time for defense preparation and consultation concerning possible terms of resolution of these charges without trial. Additionally, government counsel has ordered his agents to produce further information responsive to an outstanding discovery by counsel for Mr. Hernandez.

**IT IS FURTHER STIPULATED** that a continuance is reasonably necessary given the current state of defense preparation which is

diligently proceeding apace and given the availability of government and defense counsel during this intervening period, and that the time from November 14, 2011, through January 10, 2012, therefore should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Dated: November 14, 2011 /S/ Jason S. Hitt
Jason S. Hitt
Assistant United States Attorney
Counsel for Plaintiff

Dated: November 14, 2011 /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
MICHAEL ANTHONY HERNANDEZ

Dated: November 14, 2011 /S/ Michael E. Platt
Counsel for Defendant
JESUS RODRIGUEZ GARIBAY

**O R D E R**

Based on the representations of counsel the court finds that the requested continuance is appropriate and that the interests of the government and the defense in granting this continuance outweigh the interests of the defendants and the public in a speedy trial. The requested continuance is therefore GRANTED.

**IT IS SO ORDERED.**

Dated: November 14, 2011 /s/ John A. Mendez
Hon. John A. Mendez
United States District Judge