| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEFFREY L. STANIELS, Bar #91413 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | MICHAEL ANTHONY HERNANDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-214 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE |
| | ) | |
| MICHAEL ANTHONY HERNANDEZ, | ) | |
| JESUS RODRIGUEZ GARIBAY | ) | Date: January 10, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendants. | ) | Judge: John A. Mendez |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason S. Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the status conference now set for January 10, 2012, be vacated and the matter continued to March 6, 2012 at 1:30 p.m., to allow further time for defense preparation and consultation concerning possible terms of resolution of these charges without trial. Additionally, government counsel has ordered his agents to produce further information responsive to an outstanding discovery by counsel for Mr. Hernandez. Counsel for Mr. Garibay has also advised that he must travel out of the district to attend to an urgent family medical situation as soon as possible

**IT IS FURTHER STIPULATED** that a continuance is reasonably necessary given the current state of defense preparation which is proceeding apace and given the availability of government and defense counsel during this intervening period, and that the time from January 10, 2012, through March 6, 2012.  For those reasons the court finds that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a speedy trial. Time therefore should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

    **IT IS SO STIPULATED**.

Dated:   January 6, 2012     */S/ Jason S. Hitt*
                                               Jason S. Hitt
                                               Assistant United States Attorney
                                               Counsel for Plaintiff

Dated:   January 6, 2012     */S/ Jeffrey L. Staniels*
                                               Jeffrey L. Staniels
                                               Assistant Federal Defender
                                               Counsel for Defendant
                                               MICHAEL ANTHONY HERNANDEZ

Dated:   January 6, 2012     */S/ Michael E. Platt*
                                               Counsel for Defendant
                                               JESUS RODRIGUEZ GARIBAY

**O R D E R**

    Based on the representations of counsel the court finds that the requested continuance is appropriate and that the interests of the government and the defense in granting this continuance outweigh the interests of the defendants and the public in a speedy trial.  The requested continuance is therefore GRANTED.

Stipulation and Proposed Order    -2-

**IT IS SO ORDERED.**

By the Court,

Dated: January 9, 2012   /s/ John A. Mendez
                         Hon. John A. Mendez
                         United States District Judge