1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    MICHAEL ANTHONY HERNANDEZ
7

8                   IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,        )  No. 2:11-cr-214 JAM
12                                    )
                    Plaintiff,        )
13                                    )  STIPULATION AND ORDER CONTINUING
         v.                           )  CASE
14                                    )
    MICHAEL ANTHONY HERNANDEZ,        )
15  JESUS RODRIGUEZ GARIBAY           )  Date:  April 3, 2012
                                      )  Time:  9:30 a.m.
16                  Defendants.       )  Judge: John A. Mendez
    _____ )
17

18       **IT IS HEREBY STIPULATED** by and among Assistant United States

19  Attorney Jason S. Hitt, counsel for Plaintiff, Michael Pratt, counsel

20  for Jesus Garibay, and Assistant Federal Defender Jeffrey L. Staniels,

21  counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the status

22  conference now set for April 3, 2012, be vacated and the matter

23  continued to May 8, 2012 at 9:30 a.m., to allow further time for

24  defense preparation and consultation concerning possible terms of

25  resolution of these charges without trial.  Additionally, government

26  counsel's previous agreement to direct his agents to produce further

27  information responsive to an outstanding discovery by counsel for Mr.

28  Hernandez.

1  ///

2      **IT IS FURTHER STIPULATED** that a continuance is reasonably

3  necessary given the current state of defense preparation which is

4  proceeding apace and given the unavailability of the government's

5  principal case agent during this intervening period. For those reasons

6  the court is requested to find that the interests of justice served by

7  granting this continuance from April 3, 2012, through May 8, 2012

8  outweigh the interests of the defendant and the public in a speedy

9  trial. Time therefore should be excluded from computation of time

10  within which the trial of this matter must be commenced under the

11  Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §

12  3161(h)(7)(A) & (B)(iv) and  Local Code T-4.

13      **IT IS SO STIPULATED**.

14

15  Dated:  April 2, 2012           /S/ *Jason S. Hitt*
                                  Jason S. Hitt
16                                Assistant United States Attorney
                                  Counsel for Plaintiff
17

18  Dated:  April 2, 2012           /S/ *Jeffrey L. Staniels*
                                  Jeffrey L. Staniels
19                                Assistant Federal Defender
                                  Counsel for Defendant
20                                MICHAEL ANTHONY HERNANDEZ

21
    Dated:  April 2, 2012           /S/ *Michael E. Platt*
22                                Counsel for Defendant
                                  JESUS RODRIGUEZ GARIBAY
23

24                            **O R D E R**

25

26      Based on the above representations of counsel the court finds that

27  the requested continuance is appropriate and that the interests of the

28  government and the defense in granting this continuance outweigh the

Stipulation and Proposed Order    -2-

interests of the defendants and the public in a speedy trial.  The

requested continuance is therefore GRANTED. Time for trial under the

Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from April 3,

2012, through May 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) &

(B)(iv) and  Local Code T

**IT IS SO ORDERED.**

By the Court,


Dated:  April 2, 2012                    /s/ John A. Mendez
                                         Hon. John A. Mendez
                                         United States District Judge