DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL ANTHONY HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-214 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE |
| | ) | |
| MICHAEL ANTHONY HERNANDEZ, | ) | |
| JESUS RODRIGUEZ GARIBAY | ) | Date:  July 31, 2012 |
| | ) | Time:  9:30 a.m. |
| Defendants. | ) | Judge:  John A. Mendez |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States

Attorney Jason S. Hitt, counsel for Plaintiff, Michael Pratt, counsel

for Jesus Garibay, and Assistant Federal Defender Jeffrey L. Staniels,

counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the status

conference now set for July 31, 2012, be vacated and the matter

continued to September 18, 2012 at 9:45 a.m., to allow further time for

defense preparation and consultation concerning possible terms of

resolution of these charges without trial.

The court is advised that efforts to agree on terms of possible

resolution without trial continue to be sought, and it is believed that

progress toward that goal is being made with respect to both

defendants.  One cause of delay has been the unavailability until very recently to Mr. Hitt of his case agent, whose input is significant for purposes of evaluating tentatively proposed terms of settlement. In addition both defendants are housed at the Butte County jail which complicates the planning needed to consult with them.

**IT IS FURTHER STIPULATED** that a continuance is reasonably necessary given the current state of negotiations and of defense preparation. For those reasons the court is requested to find that the interests of justice served by granting this continuance from July 31, 2012, through September 18, 2012 outweigh the interests of the defendant and the public in a speedy trial and that time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4 should be excluded.

**IT IS SO STIPULATED**.


Dated:  July 30, 2012          _/S/ Jason S. Hitt_
                               Jason S. Hitt
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated:  July 30, 2012          _/S/ Jeffrey L. Staniels_
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               MICHAEL ANTHONY HERNANDEZ


Dated:  July 30, 2012          _/S/ Michael E. Platt_
                               Counsel for Defendant
                               JESUS RODRIGUEZ GARIBAY

## O R D E R


Based on the above representations of counsel the court finds that

the requested continuance is appropriate and that the interests of the government and the defense in granting this continuance outweigh the interests of the defendants and the public in a speedy trial. The requested continuance is therefore GRANTED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from July 31, 2012, through September 18, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T

**IT IS SO ORDERED**.

By the Court,

Dated:  July 30, 2012                    /s/ John A. Mendez
                                         Hon. John A. Mendez
                                         United States District Court Judge