| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEFFREY L. STANIELS, Bar #91413 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | MICHAEL ANTHONY HERNANDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-214 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CALENDARING |
| v. | ) | CASE |
| | ) | |
| MICHAEL ANTHONY HERNANDEZ, | ) | |
| JESUS RODRIGUEZ GARIBAY | ) | Date: TBA |
| | ) | Time: 9:30 a.m. |
| Defendants. | ) | Judge: Troy L. Nunley |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Jason S. Hitt, counsel for Plaintiff, Gilbert A. Roque, counsel for Jesus Garibay, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the above matter, recently reassigned to the Hon. Troy L. Nunley be placed on calendar on May 9, 2013. It is anticipated that a change of plea will be entered by both defendants.

**IT IS FURTHER STIPULATED** that time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* should be excluded until May 9, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4.

**IT IS SO STIPULATED.**

Dated: April 29, 2013                /S/ *Jason S. Hitt*
                                     Jason S. Hitt
                                     Assistant United States Attorney
                                     Counsel for Plaintiff

Dated: April 29, 2013                /S/ *Jeffrey L. Staniels*
                                     Jeffrey L. Staniels
                                     Assistant Federal Defender
                                     Counsel for Defendant
                                     MICHAEL ANTHONY HERNANDEZ

Dated: April 29, 2013                /S/*Gilbert A. Roque*
                                     Gilbert A. Roque
                                     Counsel for Defendant
                                     JESUS RODRIGUEZ GARIBAY

# O R D E R

Based on the above representations of counsel the court finds that the requested date for an appearance following reassignment to the undersigned is appropriate and is hereby ORDERED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded through May 9, 2013, pursuant to 18 U.S.C. §3161(h)(7(A) &(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: April 29, 2013

Troy L. Nunley
United States District Judge

Stipulation and Proposed Order     -2-