Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: stanielslaw@dcn.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. HERNANDEZ,<br><br>Defendant. | NO. 2:11-cr-214 TLN<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING PROCEEDINGS**<br><br>**Date: August 29, 2013**<br>**Time: 9:30 a.m.**<br>**Judge: Hon. Troy L. Nunley** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, court appointed attorney for Defendant Michael A. Hernandez, that the sentencing proceedings currently scheduled for August 29, 2013, be vacated and continued until September 19, 2013, due to the unavailability, for family reasons, of defense counsel between August 29, 20013, and September 9, 2013. The court is advised that this additional time will be utilized to complete review and possible objection to a guideline grouping

issue introduced for the first time in the "final" Presentence Report ("PSR"), CR 68, to submit formal objections to the PSR, a sentencing memorandum on behalf of Mr. Hernandez, and to finalize discussions between counsel to ascertain and possibly narrow any sentencing related disagreements between the parties.

No speedy trial issue is implicated by this post-guilty plea stipulation and request for continuance.

**IT IS SO STIPULATED.**

Date: August 8, 2013
         s/ *Jeffrey L. Staniels*
         Jeffrey L. Staniels
         Counsel for Defendant
         Michael A. Hernandez

Date: August 8, 2013
         */s/ Jason Hitt*
         Jason Hitt
         Assistant U.S. Attorney
         Counsel for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Date: August 8, 2013
         Hon. Troy L. Nunley
         United States District Judge